Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| Laila Khosroabadi, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br>v.<br><br>National Recovery Agency,<br><br>                    Defendant. | **Case Number:** 10-cv-01509-H-BLM<br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
|---|---|

PLEASE TAKE NOTICE THAT:

   I, Joshua B. Swigart, am counsel of record for Plaintiff LAILA KHOSROABADI and am requesting that the docket on this matter be updated to reflect the following:

1. David C. Leimbach, who is currently listed as the lead attorney, should be removed from the docket on this matter.
2. I am now the lead attorney for Plaintiff Laila Khosroabadi on this matter.

//
//

Notice of Change of Attorney Information  - 1 of 2 -

3.   I am registered e-filer and have consented to receive service of documents by electronic means.

Date: November 29, 2011

                                                **HYDE & SWIGART**

                                          **By: s/ Joshua B. Swigart**
                                               Joshua B. Swigart
                                               Attorneys for Plaintiff